| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Kobayashi,, Leslie E. | 2. Court or Organization<br><br>USDC, District of Hawaii | 3. Date of Report<br><br>01/20/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

| 7. Chambers or Office Address<br><br>United States Courthouse<br>300 Ala Moana Blvd. Rm. C-353<br>Honolulu, Hawaii 96850 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chair | Pu'uwai Kila (non-profit) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | State of Hawaii, Judiciary - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Isstitute | 3/22/15-3/26/15 | Chicago, IL | Continuing Legal Education Speaker | Air and ground transportation, hotel, and meals |
| 2. | American Conference Institute | 11/02/15-11/06/15 | New York City, ,NY | Continuing Legal Education Speaker | Air and ground transportation, hotel, and meals |
| 3. | Lawyers Without Borders and Department of Justice | 10/24/15-10/31/15 | Densapar, Indonesia | Judicial Legal Education Speaker | Air and groud transportation, Hotel, and means |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/20/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | City Bank | Line of Credit | J |
| 2. | First Hawaiian Bank | Line of Credit | J |
| 3. | VISA | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA Rollover | C | Int./Div. | J | T | | | | | |
| 2. - Morgan Stanley Bank cash account | A | Int./Div. | J | T | | | | | |
| 3. - MS Liquid Asset Fund | A | Interest | J | T | | | | | |
| 4. -Abbott Laboratories | | | | | Sold | 09/23/15 | J | A | |
| 5. -AIM Developing Markets A | | | | | | | | | |
| 6. -Agilent Technologies | | | | | | | | | |
| 7. -ALPS ETF TR Rivrfrnt STR Inc | | | | | Sold | 08/27/15 | J | A | |
| 8. - Allianz NFJ SM-CAP Value A | | | | | | | | | |
| 9. -Altria Group Inc 8500 | A | Interest | J | T | | | | | |
| 10. - Amer Cent Intl Grw Adv | | | | | | | | | |
| 11. American Express | A | Dividend | J | T | | | | | |
| 12. - American EuroPacafic Grw F | | | | | | | | | |
| 13. - Amercian GR FD of America F1 | | | | | | | | | |
| 14. -Barclays Bank PCLC | | | | | Buy | 01/12/15 | J | | |
| 15. | | | | | Sold | 07/31/15 | J | A | |
| 16. -Barclays ETN + Select MLP | | | | | Buy | 01/12/15 | J | | |
| 17. -BCE Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/20/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Blackrock Bond PTF SVC (fna "Blackrock Intrm Bond Svc") | | | J | T | | | | | |
| 19. - Blackrock Equity Dividend A | | | | | | | | | |
| 20. -Bristol Myers Squibb Co | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 21. -CA Incorporated | | | J | T | | | | | |
| 22. -CBS Corp New CL B Shrs | | | | | Buy | 01/16/15 | J | | |
| 23. | | | | | Sold | 08/07/15 | J | A | |
| 24. -Chevron Corp | | None | J | T | | | | | |
| 25. -Chubb Corp | | None | J | T | | | | | |
| 26. -Colgate Palmolive | | | | | Sold | 01/11/15 | J | A | |
| 27. -CONOCO Philips | | None | J | T | | | | | |
| 28. -CONS Discret Sel Sect SPDR FD | A | Dividend | J | T | | | | | |
| 29. -Credit Suisse | | | | | Sold | 01/12/15 | J | | |
| 30. -Costco Wholesale Corp New | A | Dividend | J | T | Buy | 07/31/15 | J | | |
| 31. -Cummins Inc | | None | J | T | | | | | |
| 32. -CVS Caremark Corp | A | Dividend | J | T | | | | | |
| 33. -Discover Financial Services | | | | | Sold | 01/16/15 | J | A | |
| 34. -Dollar Tree Inc | | | | | Sold | 01/16/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/20/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Dryden Sh Term Corp BD A | | | | | | | | | |
| 36. -Deutsche X-Trackers MSCI EAF | A | Dividend | | | Sold | 08/20/15 | J | A | |
| 37. - DWS Large Cap Value A | | | | | | | | | |
| 38. - DWS Dreman Small Cap Val A | | | | | | | | | |
| 39. - DWS RREEF Real Estate Sec A | | | | | | | | | |
| 40. -Energy Sel Select SPDR FD | | | | | Sold | 01/12/15 | J | A | |
| 41. -Engility Holdings Inc | | | | | | | | | |
| 42. - E V Global Macro ABS Ret C | | | | | Buy | 03/25/15 | L | | |
| 43. - Fidelity Adv Lvgd Cmpany Stk A | | | | | | | | | |
| 44. -First TR Echange Traded FD VI | | | | | Buy | 01/12/15 | J | | |
| 45. | | | | | Sold | 02/13/15 | J | | |
| 46. -Flexshares Qualt Divid IDX ETF | | | | | Sold | 03/18/15 | J | B | |
| 47. -FR TR DJ Select Micro Cap ETF | A | Dividend | J | T | Buy | 01/11/15 | J | | |
| 48. -Global X MLP & Energy Infr ETF | | | | | Sold | 07/31/15 | J | A | |
| 49. -Guggenheim Bullet Shares | A | Dividend | J | T | Buy | 06/17/15 | K | | |
| 50. -Guggenheim Insider Sentiment E | | None | J | T | | | | | |
| 51. Guggenheim S&P 500 EQ Weight | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/20/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Hasbro Inc | | None | | | | | | | |
| 53. -Health Care Sel Sect SPDR FD | A | Dividend | J | T | | | | | |
| 54. -International Paper Co | | | | | Buy | 03/10/15 | J | | |
| 55. | | | | | Sold | 06/05/15 | J | A | |
| 56. -IShares 0-5 HY Corp | A | Dividend | J | T | Buy | 06/05/15 | J | | |
| 57. -Ishares 1-3 YearCredit | A | Dividend | J | T | Buy | 06/05/15 | J | | |
| 58. | | | | | Sold (part) | 06/29/15 | J | A | |
| 59. -IShares Barclays MBS Bond Fund | A | Dividend | J | T | | | | | |
| 60. -IShares Barclays 103 Yr TSY BD | | | J | T | Buy | 09/18/15 | J | | |
| 61. -Ishares Curr Hedg MSCI Italy | | | J | T | Buy | 08/27/15 | J | | |
| 62. | | | | | Sold (part) | 12/01/15 | J | A | |
| 63. -IShares DJ US Fin Svc Comp | A | Dividend | J | T | Buy | 01/12/15 | J | | |
| 64. -IShares Hedged MSCI Germany | | | | | Sold | 08/20/15 | J | A | |
| 65. -Ishares US Home Construct | A | Dividend | J | T | Buy | 03/31/15 | J | | |
| 66. -Ishares US Energy ETF | A | Dividend | | | Buy | 03/31/15 | J | | |
| 67. | | | | | Sold | 09/22/15 | J | A | |
| 68. -IShares MSCI EAFE Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -IShares Morningstart Lrg Cap Val | A | Dividend | J | T | | | | | |
| 70. -Ishares MSCI Asia Ex-Japan ETF | A | Dividend | J | T | | | | | |
| 71. -Ishares MSCI EAFE ETF | | | J | T | | | | | |
| 72. -IShares MSCI EAFE Val ETF | | | J | T | | | | | |
| 73. -IShares MSCI Canada Index Fund | | | J | T | | | | | |
| 74. -IShares MSCI Germany Index FD | | | J | T | | | | | |
| 75. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 76. | | | | | Sold (part) | 11/20/15 | J | A | |
| 77. IShares MSCI Emerging Mkts FD | | None | J | T | | | | | |
| 78. -IShares MSCI Japan ETF | | None | J | T | Buy (add'l) | 03/23/15 | J | | |
| 79. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 80. IShares MSCI PAC Ex-JPN Idx | | None | J | T | | | | | |
| 81. -Ishares MSCI South Korea CP ETF | | None | J | T | | | | | |
| 82. -IShares MSCI United Kingdom ETF | | None | J | T | | | | | |
| 83. -IShares S&P Midcap 400 Index | | None | J | T | | | | | |
| 84. -IShares SP Smallcap 600 Index | | None | J | T | | | | | |
| 85. -IShares 3-7 yr Treasury Bd ETF | A | Dividend | | | Buy | 01/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 02/27/15 | J | E | |
| 87. -IShares Morningstar LRG V | | None | | | | | | | |
| 88. -IShares US Energy ETF | | | | | Buy | 02/11/15 | J | | |
| 89. | | | | | Sold | 09/25/15 | J | A | |
| 90. -International Paper Co | | | | | Buy | 01/12/15 | J | | |
| 91. -Invesco Constellation A | A | Int./Div. | J | T | | | | | |
| 92. -Invesco Developing Markets A | | None | | | | | | | |
| 93. -Invesco Global Core Equity A | A | Dividend | J | T | | | | | |
| 94. -Invesco Premier PTF INSTL | | None | | | | | | | |
| 95. - Ivy Large Cap Grw A | | None | | | | | | | |
| 96. - Jennison Mid Cap Growth A | | None | | | | | | | |
| 97. -Johnson & Johnson | A | Dividend | J | T | | | | | |
| 98. -JP Morgan Chase & Co | A | Interest | J | T | | | | | |
| 99. -JPM Alerian MLP | A | Distribution | J | T | | | | | |
| 100. -Kinder Morgan Incorp | A | Dividend | | | Buy | 01/12/15 | J | | |
| 101. | | | | | Sold | 07/29/15 | J | A | |
| 102. -KLA Tencor Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/20/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -L-3 Communications Holding Inc. | | | J | T | | | | | |
| 104. - Lazard Emerging Markets Open | | | | | | | | | |
| 105. - Legg Mason Ptners GL Hiyld Bd A | A | Dividend | J | T | | | | | |
| 106. - Legg Mason WA Glb HIY BD A | | | | | | | | | |
| 107. - Managers AMG ESS SM/MI CP GR A | | | | | | | | | |
| 108. -Mainstay Icap Select Equity A | | | | | | | | | |
| 109. -Mainstay Large Cap Grw A | | | J | | | | | | |
| 110. -Market Vectors Oil Services | | | J | T | Buy | 09/25/15 | J | | |
| 111. Merck & Co Inc New York | A | Dividend | J | T | | | | | |
| 112. -Meadwestvaco Corp | A | Dividend | J | T | | | | | |
| 113. - MFS Limited Maturity A (Mutual Fund) | A | Dividend | J | T | | | | | |
| 114. - MFS Value A | | | | | | | | | |
| 115. -MFS Focus Growth FD A | | | | | | | | | |
| 116. -Microsoft Corp | | | | | | | | | |
| 117. -Moodys Corp | A | Dividend | J | T | | | | | |
| 118. -MSIFT Global Stategist H | A | Dividend | J | T | | | | | |
| 119. -Nuveen NWQ Large Cap Value A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Occidental Petroleum Copr DE | A | Dividend | J | T | | | | | |
| 121. -Oracle Corp | A | Dividend | | | Buy | 01/30/15 | J | | |
| 122. | | | | | Sold | 09/22/15 | J | A | |
| 123. -Paychex Inc | A | Dividend | J | T | Buy | 11/03/15 | J | | |
| 124. -Pepsico Inc | | | J | T | Buy | 11/03/15 | J | | |
| 125. - Perkins MID CAP VAL INV | | | | | | | | | |
| 126. -PIMCO 0-5 H/Y Corp Bond | A | Dividend | J | T | Sold (part) | 07/29/15 | J | A | |
| 127. | | | | | Sold (part) | 09/15/15 | J | A | |
| 128. -PIMCO Enhanced Short Market | | | | | Buy | 07/29/15 | J | | |
| 129. | | | | | Sold | 08/27/15 | J | A | |
| 130. - PIMCO Low Duration FD A | | | J | T | | | | | |
| 131. - PIMCO Real Return A | | Dividend | J | T | | | | | |
| 132. -Pfizer Inc | A | Dividend | J | T | Buy (add'l) | 01/16/15 | J | | |
| 133. -Phillips 66 Com | A | Distribution | J | T | | | | | |
| 134. -PNC FINL SVCS GRP | A | Dividend | K | T | | | | | |
| 135. -Powershares Aero & DEF PTF | A | Dividend | J | T | Buy | 03/31/15 | J | | |
| 136. -Powershares Europe Currency Hedge | | | | | Buy | 06/29/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 138.  -Powershares ETF TR Dyna BUYBK | A | Dividend | J | T | | | | | |
| 139.  -Powershares Fndmtl H/Y Corp | A | Dividend | J | T | | | | | |
| 140.  -Powreshares GLB ETF TR DEV MKT | A | Dividend | J | T | | | | | |
| 141.  -Poweshares KBW Bank Portfolio | A | Dividend | J | T | Buy | 03/13/15 | J | | |
| 142. | | | | | Buy (add'l) | 06/05/15 | J | | |
| 143.  -Powershares S&P 500 High Beta | A | Dividend | J | T | Buy (add'l) | 02/20/15 | J | | |
| 144. | | | | | Buy (add'l) | 02/24/15 | J | | |
| 145. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 146. | | | | | Sold (part) | 07/31/15 | J | | |
| 147. | | | | | Sold (part) | 09/22/15 | J | A | |
| 148.  -Powershares S&P 500 X-Rate | | | | | Buy | 07/07/15 | J | | |
| 149. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 150.  -Powershares Senior Loan Port | A | Dividend | J | T | | | | | |
| 151.  -Precision Castparts Corp | | | | | Buy | 01/09/15 | J | | |
| 152. | | | | | Sold | 01/30/15 | J | | |
| 153.  -Prudential Jennison MD CP GW A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/20/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Prudential Sht Trm Corp BD A | A | Dividend | J | T | | | | | |
| 155.  S&P 500 Index Fund | A | Dividend | J | T | Buy | 07/07/15 | J | | |
| 156.  - Safeway Inc. (Common Stock) | A | Int./Div. | J | T | | | | | |
| 157.  -Schwab US REIT ETF | A | Dividend | J | T | Buy | 01/12/15 | J | | |
| 158. | | | | | Sold (part) | 02/13/15 | J | D | |
| 159.  - Seligman Emerging Markets A | | | | | | | | | |
| 160.  -SPDR Barcap Shrt Term Hi Yield | | | | | Sold (part) | 07/29/15 | J | A | |
| 161. | | | | | Sold (part) | 09/15/15 | J | A | |
| 162.  -SPDR Barclays Capital Short | A | Dividend | | | Buy | 02/25/15 | K | | |
| 163. | | | | | Sold (part) | 06/08/15 | K | A | |
| 164. | | | | | Sold | 08/27/15 | J | A | |
| 165.  -SPDR Barclays Capital High YIE | | | | | Sold | 01/22/15 | J | A | |
| 166.  -SPDR Barcap Short Term Hi Yield | A | Dividend | J | T | Buy (add'l) | 03/04/15 | J | | |
| 167. | | | | | Sold (part) | 09/18/15 | J | A | |
| 168.  -SPDR Morgan Stanley Technology | A | Dividend | J | T | Buy | 01/21/15 | J | | |
| 169. | | | | | Buy (add'l) | 02/13/15 | J | | |
| 170. | | | | | Buy (add'l) | 06/05/15 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -SPDR S&P Insurance ETF | | | J | T | | | | | |
| 172.  -SPDR Trust Series I | | | J | T | | | | | |
| 173.  - T Rowe Price Mid Cap Gr Adv | | | | | | | | | |
| 174.  -SPDR S&P Insurance ETF | | | | | | | | | |
| 175.  - Templeton Foreign Fund A | | | J | T | | | | | |
| 176.  TimeWarner Inc New | A | Dividend | J | T | | | | | |
| 177.  - TCW Total Ret DB N | A | Dividend | J | T | | | | | |
| 178.  - Threadneedle Emerg Mkts A | | | | | | | | | |
| 179.  Tiffany & Company | | None | J | T | | | | | |
| 180.  UBS E-Tracs Aleri | A | Interest | J | T | | | | | |
| 181.  US Bancorp | A | Int./Div. | J | T | | | | | |
| 182.  Vanguard Consum Staples ETF | | None | J | T | | | | | |
| 183.  Vanguard Dividend Appreciation | A | Distribution | J | T | | | | | |
| 184.  Vanguard Info Tech ETF | | None | J | T | | | | | |
| 185.  -Vanguard European MSCI ETF | A | Dividend | J | T | | | | | |
| 186.  -Vanguard Industrial ETF | A | Dividend | J | T | | | | | |
| 187.  -Vanguard Info Tech ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Vanguard Short-Term Corporate | A | Dividend | J | T | | | | | |
| 189.  - Vanguard Tele Svcs ETF Index | | | J | T | Buy | 01/30/15 | J | | |
| 190. | | | | | Buy (add'l) | 09/25/15 | J | | |
| 191.  -Wal Mart Stores Inc | | | | | | | | | |
| 192.  - Western Asset Core Plus BD FI | A | Dividend | J | T | | | | | |
| 193.  -Wisdomtree Trust Emrg Mkt EQT | A | Dividend | J | T | | | | | |
| 194.  -Wisdom Tree European Hedged Equit | A | Dividend | J | T | Sold (part) | 02/24/15 | J | A | |
| 195. | | | | | Sold (part) | 11/20/15 | J | A | |
| 196. | | | | | Sold (part) | 12/01/15 | J | A | |
| 197.  -Wisdom Tree European MSCI ETF | A | Dividend | J | T | | | | | |
| 198.  Wisdom Tree LG Cap Div ETF | A | Dividend | J | T | Sold (part) | 03/06/15 | J | B | |
| 199. | | | | | Sold (part) | 06/05/15 | J | C | |
| 200.  Wisdom Tree Trust Japan | A | Dividend | J | T | | | | | |
| 201.  Wisdom Tree Trust Japn Hedge EQ | A | Dividend | J | T | Sold (part) | 06/29/15 | J | A | |
| 202. | | | | | Sold (part) | 12/01/15 | J | A | |
| 203.  Wisdom Tree Trust Emerg Mkt Eqt | A | Dividend | J | T | | | | | |
| 204.  Honolulu FCU - checking and savings account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. McDonald's Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 206. Coverdell ESA | A | Int./Div. | J | T | | | | | |
| 207. -MSIF Growth A | A | Dividend | J | T | Buy | 09/01/15 | J | | |
| 208. - MS Liquid Asset Fund | A | Dividend | | | Sold | 09/01/15 | J | A | |
| 209. - MS Focus Growth FD A | A | Dividend | | | Sold | 09/01/15 | J | A | |
| 210. -Morgan Stanley Bank | A | Interest | J | T | Buy | 09/01/15 | J | | |
| 211. Morgan Stanley Smith Barney UTMA Cash Account | A | Int./Div. | J | T | | | | | |
| 212. - MS Liquid Asset Fund | A | Int./Div. | J | T | | | | | |
| 213. - Morgan Stanley Bank cash account | A | Interest | J | T | | | | | |
| 214. -Vanguard Dividend Appreciation | | | J | T | Buy | 03/20/15 | J | | |
| 215. - Walt Disney Co Hldg Co. | A | Dividend | J | T | | | | | |
| 216. -Wisdomtree Emerg Mkt High FD | | | J | T | Buy | 03/20/15 | J | | |
| 217. -Wisdomtree Trust Japan Hedge EQ | | | J | T | Buy | 03/20/15 | J | | |
| 218. | | | | | Sold (part) | 11/16/15 | J | A | |
| 219. Virtus Strategic Grw A (Mutual Fund) | A | Dividend | | | Sold | 07/10/15 | J | A | |
| 220. IRA Account | A | Int./Div. | K | T | | | | | |
| 221. - MS Liquid Asset Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. - Morgan Stanley Bank cash account | A | Interest | J | T | | | | | |
| 223. - AIM Constellation A | | | | | | | | | |
| 224. - Allianz NFJ Intl Value A | | | | | | | | | |
| 225. - American Century Growth Advantage | | | | | | | | | |
| 226. - DWS Real Esate Sec A (A Mutual Fund) | | | | | | | | | |
| 227. - Enterprise Group Fund Growth PT | | | | | | | | | |
| 228. -EV Global Macro ABS Ret C | | | J | T | Buy | 09/01/15 | L | | |
| 229. - Fidelity Adv Lvgd Company Stk A | | | | | | | | | |
| 230. - Focus Growth Fund B | | | | | | | | | |
| 231. - IM Enterprise Growth FD Cl A | | | | | | | | | |
| 232. - Invesco Constellation A | | | | | | | | | |
| 233. -Invesco Diversified Dividend A | | | | | | | | | |
| 234. - Invesco Div GW Securities A | | | | | | | | | |
| 235. -Invesco Global Core Equity A | | | | | | | | | |
| 236. - Invesco GLB DIV GW Secur B | | | | | | | | | |
| 237. - MS Capital Opportunities TR A | | | | | | | | | |
| 238. - MS Dividend Grwth Securities | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - MS Focus Growth FD A | | | | | | | | | |
| 240. -MS Equally Weighted S&P 500 C | | | | | | | | | |
| 241. - MS Global Dividend -Grwth Sec B(fkn as MSDW) | | | | | | | | | |
| 242. - MS Strategist Fund (fkn as MSDW) | | | | | | | | | |
| 243. -IShares MSCI EAFE Fund | | | | | | | | | |
| 244. - MSDW Dividend Growth D | | | | | | | | | |
| 245. - MS Global Advantage Fund A | | | | | | | | | |
| 246. - MS Global Dividend Grwth Sec D | | | | | | | | | |
| 247. -MS Global Strategist Fund A | | | | | | | | | |
| 248. - MS Mid-Cap Growth B | | | | | | | | | |
| 249. -IShares Morningstart Lrg Cap Val | | | | | | | | | |
| 250. -IShares MSCI Asia Ex-Japan ETF | | | | | | | | | |
| 251. -IShares MSCI EAFE ETF | | | | | | | | | |
| 252. --Ishares MSCI EAFE Val ETF | | | | | | | | | |
| 253. -ISHares MSCI Canada Index Fund | | | | | | | | | |
| 254. --IShares MSCI Germany Index FD | | | | | | | | | |
| 255. -IShares MSCI Emerging Mkts FD | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/20/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  -IShares MSCI Japan ETF | | | | | | | | | |
| 257.  -IShares MSCI PAC Ex-JPN Idx | | | | | | | | | |
| 258.  -IShares MSCI South Korea CP ETF | | | | | | | | | |
| 259.  -IShares MSCI United Kingdom ETF | | | | | | | | | |
| 260.  -IShares S&P Midcap 400 Index | | | | | | | | | |
| 261.  -IShares SP Smallcap 600 Index | | | | | | | | | |
| 262.  -Shares Morningstar LRG V | | | | | | | | | |
| 263.  -Invesco Constellation A | | | | | | | | | |
| 264.  -Invesco Developing Markets A | | | | | | | | | |
| 265.  - MS Multi Cap Growth Tr A | | | | | | | | | |
| 266.  -Investco Global Core Equity A | | | | | | | | | |
| 267.  -Investco Premier PTF INSTL | | | | | | | | | |
| 268.  -Ivy Large Cap Grw A | | | | | | | | | |
| 269.  -Jennison Mid Cap Growth A | | | | | | | | | |
| 270.  -Johnson & Johnson | | | | | | | | | |
| 271.  -JP Morgan Chase 7 Co | | | | | | | | | |
| 272.  -JPM Alerian MLP | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  -KLA Tencor Corp | | | | | | | | | |
| 274.  -L-3 Communications Holding Inc. | | | | | | | | | |
| 275.  -Lazard Emerging Markets Open | | | | | | | | | |
| 276.  -Legg Mason Ptners GL Hiyld Bd A | | | | | | | | | |
| 277.  -Legg Mason WA Glb HIY BD A | | | | | | | | | |
| 278.  -Managers AMG ESS SM?MI CP GR A | | | | | | | | | |
| 279.  -Mainstay Icap Select Equity A | | | | | | | | | |
| 280.  -Mainstay Large Cap Grw A | | | | | | | | | |
| 281.  -Merck & Co Inc New York | | | | | | | | | |
| 282.  -Meadwestvaco Corp | | | | | | | | | |
| 283.  - MS Limited Maturity A (Mutual Fund) | | | | | | | | | |
| 284.  -MFS Value A | | | | | | | | | |
| 285.  -MFS Focus Grwoth FD A | | | | | | | | | |
| 286.  -Microsoft Corp. | | | | | | | | | |
| 287.  -Moodys Corp | | | | | | | | | |
| 288.  -MSIFT Global Strategist H | | | | | | | | | |
| 289.  - MSDW Dividend Growth Fund B | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - MSDW Small Cap Growth Fund B | | | | | | | | | |
| 291. - MSDW Aggressive Equity Fund B | | | | | | | | | |
| 292. - MSDW Competitive Edge Fund | | | | | | | | | |
| 293. - MSDW Am Oppoturnity Fund | | | | | | | | | |
| 294. - MSDW Growth Securities B | | | | | | | | | |
| 295. - MSDW Global Dividend Growth D | | | | | | | | | |
| 296. - MSDW Competitive Edge Bip B | | | | | | | | | |
| 297. -Nuveen NWQ Large Cap Value A | | | | | | | | | |
| 298. -Occidental Petroleum Corp DE | | | | | | | | | |
| 299. -Perkins MID CAP VAL INV | | | | | | | | | |
| 300. -PIMCO 0-1 H/Y Corp Bond | | | | | | | | | |
| 301. -PIMCO Low Duration FD A | | | | | | | | | |
| 302. -PIMCO Real Return A | | | | | | | | | |
| 303. -Pfizer Inc | | | | | | | | | |
| 304. -Phillips 66 Com | | | | | | | | | |
| 305. -PNC FINL SVCS GRP | | | | | | | | | |
| 306. -Powershares ETF TR Dyna BUYBK | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Powershares Fundmtl H/Y Corp | | | | | | | | | |
| 308. -Powershares GLB ETF TR DEV MKT | | | | | | | | | |
| 309. -Powershares S&P 500 High Beta | | | | | | | | | |
| 310. -Powershares Senior Loan Port | | | | | | | | | |
| 311. --Prudential Jennnison MD CP GW A | | | | | | | | | |
| 312. -Prudential Sht Trm Corp BD A | | | | | | | | | |
| 313. - Perkins Mid Cap Val Div | | | | | | | | | |
| 314. - Pimco Low Duration FD A | | | | | | | | | |
| 315. - Pimco Small Cap Value Fd Cl A | | | | | | | | | |
| 316. - Phoenix Al-Cap Growth | | | | | | | | | |
| 317. - Phoenix Engermann Growth A | | | | | | | | | |
| 318. -Safeway Inc. (Common Stock) | | | | | | | | | |
| 319. - Salomon Hi Yld BD FD Cl A | | | | | | | | | |
| 320. -Seligman Emerging Markets A | | | | | | | | | |
| 321. -Shell Intl Fin | | | | | | | | | |
| 322. -SPDR Barcap Short Term Hi Yield | | | | | | | | | |
| 323. -SPDR DJ Wilshire REIT ETF | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -SPDR S&P Insurance ETF | | | | | | | | | |
| 325. -SPDR Trust Series I | | | | | | | | | |
| 326. -T Rowe Price Mid Cap Gr Adv | | | | | | | | | |
| 327. -Templeton Foreign Fund A | | | | | | | | | |
| 328. -TimeWarner Inc New | | | | | | | | | |
| 329. -TCW Total Ret DB N | | | | | | | | | |
| 330. -Threadneedle Emerg Mkts A | | | | | | | | | |
| 331. -Tiffany & Company | | | | | | | | | |
| 332. -UBS E-Tracs Aleri | | | | | | | | | |
| 333. - Strategist Fund A | | | | | | | | | |
| 334. -US Bancorp | | | | | | | | | |
| 335. -Vanguard Dividend Appreciation | | | | | | | | | |
| 336. -Vanguard Info Tech ETF | | | | | | | | | |
| 337. -Vanguard European MSCI ETF | | | | | | | | | |
| 338. -Vanguard Industrial ETF | | | | | | | | | |
| 339. -Vanugard Info Tech ETF | | | | | | | | | |
| 340. -Vanguard Short-Term Corporate | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Wal Mart Stores Inc | | | | | | | | | |
| 342. -Western Asset Core Plus BD FI | | | | | | | | | |
| 343. -Wisdom Tree Trust Emerg Mkt EQT | | | | | | | | | |
| 344. -Wisdom Tree European Hedged Equiit | | | | | | | | | |
| 345. -Widsom Tree European MSCi ETF | | | | | | | | | |
| 346. -Wisdom Tree LG Cap Div ETF | | | | | | | | | |
| 347. -Wisdom Tree Trust Japan | | | | | | | | | |
| 348. -General Electric Co. (stock) | A | Dividend | J | T | | | | | |
| 349. -Gen Elec CAP Corp 2950 | | | J | T | | | | | |
| 350. ING ESII Annuity | | None | | | Sold | 04/22/15 | M | | |
| 351. VOYA | A | Distribution | M | T | Buy | 04/22/15 | M | | |
| 352. -Voya Intermediate Bond Portfolio | | | | | | | | | |
| 353. -VY Columbia Contrarian Core Portfolio - Service | | | | | | | | | |
| 354. -VY Invesco Comstock Portfolio-Service Class | | | | | | | | | |
| 355. -VY Morgan Stanley Global Franchise Portfolio | | | | | | | | | |
| 356. -Voya Intermediate Bond Portfolio | | | | | | | | | |
| 357. -Voya Retirement Moderate Growth | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/20/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. CollegeBoundfund - CBF Aggresive Growth 2002-04 ALT C | | Interest | J | T | | | | | |
| 359. Goldman Sachs Grp Inc Medium Term Notes | A | Interest | J | T | | | | | |
| 360. Honolulu Waterwater Sys Bond | A | Int./Div. | K | T | | | | | |
| 361. -United States Savings Bonds Series EE | A | Int./Div. | J | T | | | | | |
| 362. -Wells Fargo Bank cash account | A | Interest | J | T | | | | | |
| 363. Honolulu FCU savings and checking accounts | A | Interest | J | T | | | | | |
| 364. Morgan Stanley Smith Barney UTMA Account | A | Int./Div. | J | T | | | | | |
| 365. -MS Focus Growth FD A | | | | | | | | | |
| 366. - MS Liquid Asset Fund | A | Int./Div. | J | T | | | | | |
| 367. - Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 368. -Virtus Strategic Grw A (Mutual Fund) | | | | | | | | | |
| 369. IRA Account | F | Int./Div. | J | T | | | | | |
| 370. -MS Liquid Asset Fund | | | | | | | | | |
| 371. -Morgan Stanley Bank | A | Int./Div. | | | | | | | |
| 372. - AIM Constellation A | | | | | | | | | |
| 373. -Allianz NFJ Intl Value A | | | | | | | | | |
| 374. - American Century Growth Advantage | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - DWS Real Estate Sec A (A Mutual Fund) | | | | | | | | | |
| 376. - Enterprise Group Fund Growth FT | | | | | | | | | |
| 377. - Fidelity Adv Lvgd Company Stk A | | | | | | | | | |
| 378. - Focus Growth Fund B | | | | | | | | | |
| 379. - IM Enterprise Growth FD CI A | | | | | | | | | |
| 380. - Invesco Cosntellation A | | | | | | | | | |
| 381. - Invesco Diversidfied Dividend A | | | | | | | | | |
| 382. - Invesco Div GW Securities A | | | | | | | | | |
| 383. - Invesco Global Core Equity A | | | | | | | | | |
| 384. - Invesco GLB DIV GW Secur B | | | | | | | | | |
| 385. - MS Capital Opportunies TR A | | | | | | | | | |
| 386. -- MS Dividend Grwth Securities | | | | | | | | | |
| 387. - MS Focus Growth FD A | | | | | | | | | |
| 388. -MS Global Dividend Grwth Sec G | | | | | | | | | |
| 389. - MS Strategist Fund | | | | | | | | | |
| 390. -MS Global Advantage Fund A | | | | | | | | | |
| 391. - MS Global Dividend Grwth Sec D | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. - MS Global Strategist Fund A | | | | | | | | | |
| 393. - MS Mid-Cap Grwoth B | | | | | | | | | |
| 394. - MS Multi Cap Grwoth Tr A | | | | | | | | | |
| 395. - MFS Value A | | | | | | | | | |
| 396. --MS Limited Maturity Fund A (Mutual Fund) | | | | | | | | | |
| 397. -MSDW Dividend Growth Fund B | | | | | | | | | |
| 398. - MSDW Small Cap Growth Fund B | | | | | | | | | |
| 399. - MSDW Aggressive Equity Fund B | | | | | | | | | |
| 400. -MSDW Compettiive Edge Fund | | | | | | | | | |
| 401. -MSDW Am Opportunity Fund | | | | | | | | | |
| 402. - MSDW Growth Securities B | | | | | | | | | |
| 403. - MSDW Global Dividend Growth D | | | | | | | | | |
| 404. - MSDW Competitive Edge Bip B | | | | | | | | | |
| 405. - Perkinds Mid Cap Val Div | | | | | | | | | |
| 406. - pimco Low Duration FD A | | | | | | | | | |
| 407. - Pimco Small Cap Valude Fd Cl A | | | | | | | | | |
| 408. - Phoenix Al-Cap Grwoth | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/20/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.  - Phoenix Engermann Growth A | | | | | | | | | |
| 410.  -Salomon Hi Yld BD FD Cl A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

As directed by Subira Issa, I amend my report to include and clarify that the CollegeBoundFund is invested in CBF Aggressive Growth 2202-04 ALT C and is not self-drected.

Additional Update:

I point out in response to the letter of November 25, 2015 on page 2, second paragraph that I did not amend the report pertaining to those matters identified because: "Walt Disney Co. Hldg Co." was identified at Line 192 in the original report, "CollegeBoundfund" was identified in the original report at line 241, and ING ESII Annuity was identified in the orginal report at line 236.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leslie E. Kobayashi,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544